

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00260-CR

**EX PARTE** Jorge Favian Dominguez **ORTIZ**,

From the County Court, Kinney County, Texas
Trial Court No. 10364CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

On its own motion, a majority of the justices have voted to consider this appeal en banc.

It is ORDERED that the State's First Amended Brief is ACCEPTED.

It is ORDERED that Appellant's Unopposed First Motion to Extend Time to File Appellant's Reply Brief is GRANTED. Appellant's reply brief is due on or before September 26, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court